## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **555 Fourth St., N.W.** | ) | |
| **Washington, D.C.  20530,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.  07-0993 (ESH)** |
| | ) | **ECF** |
| **v.** | ) | |
| | ) | |
| **PROPERTY IDENTIFIED** | ) | |
| **BY THE ADDRESS OF** | ) | |
| **1526 SHELLFORD LANE** | ) | |
| **ACCOKEEK, MARYLAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE TO COURT

*COMES NOW*, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully to notify the Court that it does not object to the Court allowing a Verified Claim to be filed on behalf of Ms. Charissa Brown or Ms. Marion Brown, through counsel, Mr. Kenneth Auerbach, Esq., on or before August 31, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

/s/
Barry Wiegand, D.C. Bar No. 424288
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov (e-mail)

I HEREBY CERTIFY that I have caused service of the foregoing NOTICE TO COURT to be made by having a copy of it sent by e-mail to Mr. Kenneth Auerbach, Esq., at KenAuerbach@PeoplePC.Com and mailed it to him at 8720 Georgia Avenue, Ste 704, Silver Spring, Maryland 20910; 301-585-5566 (office telephone) on or before the close of business on the sixteenth day of August 2007.

_/s/_____
Barry Wiegand
Assistant U.S. Attorney



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

Thursday, August 16, 2007

Mr. Kenneth Auerbach, Esq.
counsel for Ms. Charissa Brown
8720 Georgia Avenue, Suite 704
Silver Spring, Maryland 20910
301-585-5566
KenAuerbach@PeoplePC.Com

*Re*: <u>United States</u> v. <u>Property Identified By The Address Of 1526 Shellford Lane, Accokeek,</u>
<u>Maryland, Civ. Act. No. 07-0093</u> (ESH)

Dear Mr. Auerbach:

You have requested plaintiff's position on a motion to enlarge the time within which a claim must be filed in this action on behalf of your clients, Ms. Charissa Brown and Ms. Marion Brown.  We do not object to an enlargement until August 31, 2007, for your clients, Ms. Charissa Brown and Ms. Marion Brown, to file a Verified Claim in this action.  I shall undertake to give notice of this position to the Court.  As discussed, I am filing a notice to this effect with the Court.

Sincerely,

/s/
Barry Wiegand,
Assistant U.S. Attorney