AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

John Barnhardt

vs.

District of Columbia

APPEARANCE

CASE NUMBER: 07 cv 624 (JDB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    plaintiff    Barnhardt

___8/24/07___
Date

___447182___
BAR IDENTIFICATION NO.

___P. [signature]___
Signature

___Paul D. Hunt___
Print Name

___4614 Wissahican Ave.___
Address

___Rockville___   ___MD___   ___20853___
City               State        Zip Code

___301-565-0540___
Phone Number