IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 07-00993 |
| | ) Judge Ellen S. Huvelle |
| 1526 SHELLFORD LANE, | ) |
| ACCOKEEK, MARYLAND, | ) |
| | ) |
| Defendant | ) |

### VERIFIED CLAIM OF CHARRISSA SABRINA BROWN

Claimant Charrissa Sabrina Brown files this Verified Claim of ownership in the property described above. As grounds for this claim, I state:

1. I am the current co-owner of the property seized in the above-entitled action.

2. I claim the right to defend this action.

### VERIFICATION

I, Charrissa Sabrina Brown, co-owner of 1526 Shellford Lane, Accokeek, Maryland, declare under the penalty of perjury that the foregoing Claim is based on information known by me and that everything contained therein is true and correct.

Executed on this the 29 day of August, 2007.

_____
Charrissa Sabrina Brown

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Verified Claim was served by first class mail, postage prepaid, upon Assistant United States Attorney Barry Wiegand, Office of the United States Attorney for the District of Columbia, 555 Fourth Street, N.W., Room 4822, Washington, D.C. 20530 on this the 30 day of August 2007.

Kenneth D. Auerbach
Counsel to Claimant