IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 07-00993 |
| | ) Judge Ellen S. Huvelle |
| 1526 SHELLFORD LANE, | ) |
| ACCOKEEK, MARYLAND, | ) |
| | ) |
| Defendant | ) |

## **APPEARANCE**

TO THE CLERK:

    Enter the appearance of:

    Kenneth D. Auerbach
    D.C. Bar No. 370469
    8720 Georgia Avenue, Ste 704
    Silver Spring, Maryland 20910
    (301)585-5566

as counsel to Claimant Marion D. Brown and Charrissa Sabrina Brown

        Respectfully submitted,

        _____/s/_____
        Kenneth D. Auerbach
        D.C. Bar No. 370469
        8720 Georgia Avenue, Ste 704
        Silver Spring, Maryland 20910
        (301)585-5566

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, upon Assistant United States Attorney Barry Wiegand, Office of the United States Attorney for the District of Columbia, 555 Fourth Street, N.W., Room 4822, Washington, D.C. 20530 on this the 30th day of August 2007.

_____/s/_____

Kenneth D. Auerbach