## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**               ) | |
|                **Plaintiff,**               ) | |
|                v.                                            ) | Civil Action No. 07-0993 (ESH) |
|                                                               ) | ECF |
| **PROPERTY IDENTIFIED**                  ) | |
| **BY THE ADDRESS OF**                    ) | |
| **1526 SHELLFORD LANE**                  ) | |
| **ACCOKEEK, MARYLAND,**                  ) | |
|              **Defendant.**             ) | |
| **CHARISSA SABRINA BROWN,**              ) | |
|     and                                          ) | |
| **MARION D. BROWN,**                     ) | |
|              **Claimants.**             ) | |

### UNOPPOSED MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

*COMES NOW*, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully to move – without opposition – to continue the Initial Scheduling Conference set for Tuesday, September 25, 2007, at 9:45 a.m. Claimants's counsel favors granting this motion for the reasons set forth below.

    1.    This is a civil forfeiture action *in rem* brought on the government's complaint that the defendant real property has ties to alleged drug-related and money-laundering crimes. See 21 U.S.C. § 881(a)(7), 21 U.S.C. § 881(a)(6), 18 U.S.C. § 981(a)(1)(A) (authorizing forfeiture of property based on links to particular crimes). Claimants are the defendant property's titled owners,

and they have entered this action to oppose the forfeiture.

2. By previous order, the Court set an Initial Scheduling Conference Tuesday, September 25, 2007, at 9:45 a.m., and directed the parties to meet, confer, take other actions, and file reports with the court. Counsel for the parties have conferred, and both believe that the course of this case likely will follow events in other parallel matters.

3. As a result, counsel respectfully submit that it would be premature for the Court to hold a scheduling conference on September 25, 2007, and not a profitable use of scarce judicial resources to consider now preliminary matters of discovery and pre-trial conduct of litigation. Therefore, the parties ask the Court to defer the Initial Scheduling Conference for about one month to a date between October 30th and November 2nd, 2007, and the government moves for a continuance. Additionally, the parties ask the Court to vacate that portion of its earlier order requiring certain reports to be filed by specific times. Counsel for claimants, Mr. Kenneth Auerbach, Esq., kindly has authorized undersigned counsel to state that claimants do not oppose this motion, and, indeed, they favor the Court granting it. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

/s/
Barry Wiegand, D.C. Bar No. 424288
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov (e-mail)

I HEREBY CERTIFY that I have caused service of the foregoing UNOPPOSED MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE to be made through the Court's ECF system

and by having a copy of it sent by e-mail to Mr. Kenneth Auerbach, Esq., at KenAuerbach@PeoplePC.Com, 8720 Georgia Avenue, Ste 704, Silver Spring, Maryland 20910; 301-585-5566 (office telephone) on or before the close of business on the 20th day of September 2007.

                                                            /s/_____
                                                  Barry Wiegand
                                                  Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     )<br>                                                          )<br>            **Plaintiff,**                        )<br>                                                          )<br>                                                          )<br>      v.                                              )<br>                                                          )<br>**PROPERTY IDENTIFIED**            )<br>**BY THE ADDRESS OF**                )<br>**1526 SHELLFORD LANE**           )<br>**ACCOKEEK, MARYLAND,**       )<br>                                                          )<br>            **Defendant.**                     )<br>_____)<br>                                                          )<br>**CHARISSA SABRINA BROWN,**  )<br>                                                          )<br>      and                                             )<br>                                                          )<br>**MARION D. BROWN,**                  )<br>                                                          )<br>            **Claimants.**                      )<br>_____)  | Civil Action No.  07-0993 (ESH)<br>ECF |

## ORDER

This matter came before the Court on an unopposed motion to continue the Initial Scheduling Conference set for September 25, 2007.  Upon consideration of the motion, and noting that both parties favor granting it, it is by the Court this _____ day of September 2007

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the Initial Scheduling Conference shall be held October 30*31/November 1*2, 2007 at _____ a.m./p.m.; and it is further

ORDERED, that all statements due under the civil procedure rules shall be filed not later than

seven calendar days before the Initial Status Conference, and any earlier deadlines for filing such reports are hereby vacated..

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE