UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROPERTY IDENTIFIED )<br>BY THE ADDRESS OF )<br>1526 SHELLFORD LANE )<br>ACCOKEEK, MARYLAND, )<br>)<br>Defendant. )<br>)<br>CHARISSA SABRINA BROWN, )<br>)<br>and )<br>)<br>MARION D. BROWN, )<br>)<br>Claimants. )<br>) | Civil Action No. 07-0993 (ESH) |

**JOINT MOTION TO CONTINUE STAY AND SUPPORTING MEMORANDUM**

*COMES NOW*, plaintiff United States of America and claimants Charissa Sabrina Brown and Marion D. Brown, by and through their respective attorneys, the United States Attorney for the District of Columbia, and Mr. Kenneth Auerbach, Esq., to move jointly to continue the current stay of proceedings in this civil forfeiture action until Friday, February 29, 2008. This motion also is filed to comply with this Court's order of October 23, 2007, in which the Court directed the parties to "file by 1/15/2008 a joint motion to convene a status hearing." In support of this motion, the parties rely upon the points and authorities cited below, as an incorporated Memorandum of Law:

I. **BACKGROUND**.

1.  This is a civil forfeiture action brought *in rem* on the government's complaint that

the defendant real property has ties to alleged drug-related and money-laundering crimes. See 21 U.S.C. §§ 881(a)(6), 881(a)(7), and 18 U.S.C. § 981(a)(1)(A) (authorizing forfeiture of property based on links to particular crimes). Claimants are the defendant property's titled owners, and they have entered this action to oppose the forfeiture. Plaintiff and claimants are the only parties to this case, and it is too late for anyone else to enter it. On October 23, 2007, the Court granted the parties' joint motion to stay proceedings in this case until January 31, 2008, and directed the parties to file a motion by January 15, 2008, to convene a status conference.

2. As the parties previously have advised the Court, this civil forfeiture action is related to an on-going criminal investigation. That criminal investigation is likely to result in the filing shortly of a criminal case, which also will be related to this civil action. Neither claimant now is the target of this investigation, nor is either claimant expected to be a defendant in the criminal case.

3. The parties expect that the related criminal case will be resolved promptly through a guilty plea, which will lead to a resolution of this forfeiture action, and its dismissal before the end of the month of February 2008. As a result, the parties respectfully submit that it would not be a productive use of this Court's scarce resources to convene a status hearing between January 15th and February 29th, 2008. Because of this, both parties ask the Court to extend the current stay of proceedings until February 29, 2008. If this case has not been dismissed before then, the parties will file a joint recommendation to the Court on how they propose to proceed with this matter.

## II. **GOVERNING LAW**.

3. Title 18, U.S.C. § 981, authorizes the civil forfeiture of certain property based on its connection to various crimes, and § 981(g) authorizes a stay of civil forfeiture proceedings. Similarly, 21 U.S.C. § 881 authorizes civil forfeiture of property based on its connection to certain

drug-related offenses, and § 881(i) authorizes a stay of civil forfeiture proceedings under the provisions of 18 U.S.C. § 981(g).

4. Subsection 981(g)(1) governs a stay on a motion by the United States, and § 981(g)(2) controls a claimant's motion for a stay. The United States may seek a stay if "civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case." 18 U.S.C. § 981(g)(1). A claimant may seek a stay if "continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case." 18 U.S.C. § 982(g)(2). This Court's previous order granting the joint motion for a stay embodied a recognition of these findings, and an extension of the stay should not require new or additional findings.[1]

6. Claimants's counsel, Mr. Auerbach, graciously has authorized undersigned plaintiff's counsel to make the representations in this motion, to file the motion jointly for both parties, and to indicate that Mr. Auerbach signs below. A proposed order granting this motion is attached.

**WHEREFORE**, plaintiff and claimant jointly pray this Honorable Court to grant this motion, to extend the current stay of proceedings in this matter through February 29, 2008, and to enter the attached proposed order.

Respectfully submitted,

---

[1] In order to seek a stay, a claimant also must (A) be the subject of a related criminal investigation or case; and, (B) have standing to assert a claim in the civil forfeiture proceedings. Plaintiff asserts that claimants have knowledge that is material to a related criminal investigation or case, as meant in 18 U.S.C. § 981(g)(4). For the purposes of this joint motion only, plaintiff also agrees that claimants have standing. But, plaintiff does not waive its right to contest that standing at a later stage of this action. See 18 U.S.C. § 981(g)(7) (court's determination that claimant has standing when seeking a stay does not preclude government from objecting to claimant's standing in dispositive motion or at time of trial).

   /s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


   /s/
Barry Wiegand, DC Bar #424288
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
(202) 307-0299 (with voice-mail)
(202) 514-8707 (Telefax)
William.B.Wiegand@USDoJ.Gov (e-mail)
Counsel for Plaintiff United States

     and

   /s/
Mr. Kenneth Auerbach, Esq.
8720 Georgia Avenue, Suite 704
Silver Spring, Maryland 20910
301-585-5566 (office telephone)
KenAuerbach@PeoplePC.Com
Counsel for Claimants

     I HEREBY CERTIFY that, before filing this JOINT MOTION TO CONTINUE STAY AND SUPPORTING MEMORANDUM and the attached proposed order, I obtained approval to do so from: Mr. Kenneth Auerbach, Esq., at KenAuerbach@PeoplePC.Com, 8720 Georgia Avenue, Suite 704, Silver Spring, Maryland 20910; 301-585-5566 (office telephone) on or before the close of business on the 15th day of January 2008.

   /s/
Barry Wiegand
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  07-0993 (ESH) |
| | ) | ECF |
| PROPERTY IDENTIFIED | ) | |
| BY THE ADDRESS OF | ) | |
| 1526 SHELLFORD LANE | ) | |
| ACCOKEEK, MARYLAND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CHARISSA SABRINA BROWN, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MARION D. BROWN, | ) | |
| | ) | |
| Claimants. | ) | |
| | ) | |

## ORDER

This matter came before the Court on the parties' Joint Motion To Continue Stay And Supporting Memorandum in this civil forfeiture action, pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881.  Upon consideration of the representations in that motion, and the entire record herein, the Court determines that the finding of fact, which the Court previously made concerning the earlier stay, will continue to obtain, at least until February 29, 2008.[1]  Therefore, it is by the Court this ____ day of January 2008,

ORDERED, that the joint motion of the parties to continue the previously ordered stay of

---

[1] Based upon plaintiff's acknowledgment of these points, as this is limited in the joint motion, the Court also has determined for purposes of the stay motion that claimants are subjects of a related criminal investigation or case and have standing to assert a claim in this action.

proceedings in this action be, and the same hereby is, GRANTED; and it is further

ORDERED, that proceedings in this action be, and the same hereby remain, STAYED, until further order of the Court; and it is further

ORDERED, that not later than February 29, 2008, if this action has not been dismissed, the parties shall move the Court to convene a status hearing in this action, or otherwise recommend to the Court when the stay may be dissolved.

SO ORDERED.

_____     _____
Dated                                                                    ELLEN S. HUVLLE
                                                                                                         United States District Judge

cc:     Mr. Kenneth Auerbach, Esq.
        8720 Georgia Avenue, Suite 704
        Silver Spring, Maryland 20910
        301-585-5566 (office telephone)
        KenAuerbach@PeoplePC.Com

        Barry Wiegand
        Assistant United States Attorney
        555 4th Street N.W.
        Washington, DC 20530
        (202) 307-0299 (with voice-mail); (202) 514-8707 (Telefax)
        William.B.Wiegand@USDoJ.Gov

-2-