UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0993 (ESH) |
| ) | ECF |
| PROPERTY IDENTIFIED ) | |
| BY THE ADDRESS OF ) | |
| 1526 SHELLFORD LANE ) | |
| ACCOKEEK, MARYLAND, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| CHARISSA SABRINA BROWN, ) | |
| ) | |
| and ) | |
| ) | |
| MARION D. BROWN, ) | |
| ) | |
| Claimants. ) | |
| ) | |

## ORDER

This matter came before the Court on the parties' Joint Motion To Continue Stay And Supporting Memorandum in this civil forfeiture action, pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881. Upon consideration of the representations in that motion, and the entire record herein, the Court determines that the finding of fact, which the Court previously made concerning the earlier stay, will continue to obtain, at least until February 29, 2008.[1] Therefore, it is by the Court this 16 day of January 2008,

ORDERED, that the joint motion of the parties to continue the previously ordered stay of

---

[1] Based upon plaintiff's acknowledgment of these points, as this is limited in the joint motion, the Court also has determined for purposes of the stay motion that claimants are subjects of a related criminal investigation or case and have standing to assert a claim in this action.

proceedings in this action be, and the same hereby is, GRANTED; and it is further

ORDERED, that proceedings in this action be, and the same hereby remain, STAYED, until further order of the Court; and it is further

ORDERED, that not later than February 29, 2008, if this action has not been dismissed, the parties shall move the Court to convene a status hearing in this action, or otherwise recommend to the Court when the stay may be dissolved.

SO ORDERED.

___1/16/08___                  ___Ellen S. Huvelle___
Dated                                                      ELLEN S. HUVLLE
                                                                        United States District Judge

cc:    Mr. Kenneth Auerbach, Esq.
       8720 Georgia Avenue, Suite 704
       Silver Spring, Maryland 20910
       301-585-5566 (office telephone)
       KenAuerbach@PeoplePC.Com

       Barry Wiegand
       Assistant United States Attorney
       555 4th Street N.W.
       Washington, DC 20530
       (202) 307-0299 (with voice-mail); (202) 514-8707 (Telefax)
       William.B.Wiegand@USDoJ.Gov