## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PROPERTY IDENTIFIED<br>BY THE ADDRESS OF<br>1526 SHELLFORD LANE<br>ACCOKEEK, MARYLAND,<br><br>    Defendant.<br><br>CHARISSA SABRINA BROWN,<br><br>    and<br><br>MARION D. BROWN,<br><br>    Claimants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0993 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO DISMISS WITHOUT PREJUDICE

*COMES NOW*, plaintiff United States of America – without objection from claimants Charissa Sabrina Brown and Marion D. Brown – to move to dismiss without prejudice this civil action *in rem* seeking forfeiture of real property. In support of this motion, plaintiff respectfully submits the points and authorities cited below as an incorporated Memorandum of Law :

### I. BACKGROUND.

1.   This is a civil forfeiture action *in rem* brought on the government's complaint that the defendant real property has ties to alleged drug-related and money-laundering crimes. See 21 U.S.C. §§ 881(a)(6), 881(a)(7), and 18 U.S.C. § 981(a)(1)(A) (authorizing forfeiture of property based on links to particular crimes). Claimants are the defendant property's titled owners, and they

have entered this action to oppose the forfeiture. Plaintiff and claimants are the only parties to this case, and it is too late for anyone else to enter it.

2. On October 23, 2007, this Court granted the parties' joint motion to stay proceedings, and this case otherwise will remain stayed through February 29, 2008. After consultation with claimants, plaintiff now wishes to dismiss its forfeiture action, based upon related developments in another matter. Should this matter not develop as the parties now expect, plaintiff might seek to pursue anew its forfeiture claim. As a result, plaintiff moves for a dismissal without prejudice.

6. Claimants's counsel, Mr. Kenneth Auerbach, Esq., graciously has authorized undersigned counsel to state that claimants do not oppose this motion. A proposed order granting this motion is attached.

*WHEREFORE*, plaintiff prays this Honorable Court to grant this motion, to dismiss this action without prejudice, and to issue the attached proposed order.

Respectfully submitted,

 /s/ Jeffrey A. Taylor  
JEFFREY TAYLOR, D.C. Bar No. 498610  
UNITED STATES ATTORNEY

 /s/ Barry Wiegand  
BARRY WIEGAND, D.C. Bar No. 424288  
Assistant United States Attorney  
Criminal Division, Asset Forfeiture Unit  
555 Fourth Street, N.W., Fourth Floor  
Washington, D.C. 20530  
(202) 307-0299  
William.B.Wiegand@USDoJ.Gov

I HEREBY CERTIFY that I have caused service of the foregoing Motion To Dismiss Without Prejudice to be made through the Court's ECF notification system at the time I filed this motion, on February 27, 2008, to claimants's counsel, Mr. Kenneth Auerbach, Esq., at

KenAuerbach@PeoplePC.Com, 8720 Georgia Avenue, Suite 704, Silver Spring, Maryland 20910; 301-585-5566 (office telephone).

                                                  */s/ Barry Wiegand*
                                                  BARRY WIEGAND

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-0993 (ESH) |
| ) | ECF |
| **PROPERTY IDENTIFIED** ) | |
| **BY THE ADDRESS OF** ) | |
| **1526 SHELLFORD LANE** ) | |
| **ACCOKEEK, MARYLAND,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| **CHARISSA SABRINA BROWN,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **MARION D. BROWN,** ) | |
| ) | |
| **Claimants.** ) | |
| ) | |

## **ORDER**

This matter came before the Court on plaintiff's Motion To Dismiss Without Prejudice. Upon consideration of that motion, and the entire record herein, it is by the Court this ____ day of February 2008,

ORDERED, that plaintiff's Motion To Dismiss Without Prejudice be, and the same hereby is, GRANTED; and it is further

ORDERED, that this action is DISMISSED without prejudice.

SO ORDERED.

_____        _____
Dated                                                                    ELLEN S. HUVELLE
                                                                                  United States District Judge